maximum. *See United States v. Dare,* 425 F.3d 634, 640 (9th Cir.2005).

**AFFIRMED.**

**UNITED STATES Of America,
Plaintiff—Appellee,**

v.

**Jesus Gonzalo HERNANDEZ–
DURAZO, Defendant—
Appellant.**

**No. 05–10302.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Eric J. Markovich, Esq., Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff-Appellee.

Matthew Davidson, Esq., Nogales, AZ, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Jesus Gonzalo Hernandez–Durazo appeals from the district court's judgment

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

and 36–month sentence imposed following his guilty-plea conviction for possession with intent to distribute less than 50 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Durazo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Hernandez–Durazo filed a *pro se* supplemental brief. The Government did not file an answering brief.

We have reviewed the briefs and conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is GRANTED.

**DISMISSED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

